# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM R LEE MELVIN,<br>　　　　Petitioner<br>　　　v.<br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | Case No. EDCV 16-800-AG (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: May 31, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE